THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Christopher Calvin Ellis, Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-280
 Submitted April 2, 2012 - Filed May 9,
2012 

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Christina T. Adams, of Anderson, for
 Respondent.
 
 
 

PER CURIAM: Christopher
 Calvin Ellis appeals his convictions of murder, death or injury to a child in
 utero due to the commission of a violent crime, and possession of a weapon
 during the commission of a violent crime. Ellis argues the circuit court erred
 in its jury instructions. After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.